117 A.3d 1278

**Steven Junior MABLE, Petitioner**

v.

**Stephen P. LINEBAUGH, P.J., Respondent.**

**No. 69 MM 2015.**

Supreme Court of Pennsylvania.

June 29, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 29th day of June, 2015, the Application for Leave to File Original Process is **GRANTED,** the Petition for

Writ of Mandamus is **DENIED,** and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.